UTICA,
Aug. 1828.

Cleaveland
v.
Hunter.

J. A. Collier, for plaintiff.

---

## CLEAVELAND vs. HUNTER and others.

In a reference, after a cause has been submitted, and the referees have retired, they may open the cause, and adjourn to receive further testimony.

MOTION that referees report. This cause was brought to a hearing before the referees, during the present term. After the parties had produced their testimony, and the cause was summed up by counsel, the referees retired. Subsequently they called the parties before them, and informed them that a question, important to the correct decision of the cause, was left in doubt, and that they were desirous to hear

further testimony ; and proposed to adjourn to a future day, so as to give the party an opportunity to introduce such testimony. The plaintiff's counsel objected ; notwithstanding which, the referees adjourned to a day in the ensuing month, and gave notice to the plaintiff's attorney that they would then proceed and hear further proof. A motion was now made by the plaintiff, that the referees report without hearing further proof, or shew cause, &c.

UTICA,
Aug. 1828.

Curtiss
*ads.*
Seymour.

*J. A. Collier*, for the plaintiff.

*G. C. Bronson*, for the defendant.

*By the Court*, SUTHERLAND, J. It is a matter of sound discretion with the referees, to open a cause after it has been submitted to them, for the purpose of hearing further testimony ; and it is to be presumed that they will discreetly exercise such discretion. Here an important question was left in doubt, in their minds, which they believed could be dispelled by further proof ; they therefore did right in adjourning the cause, to give the party an opportunity of producing further testimony. The motion is denied.